UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TERRENCE BERGERON | CIVIL ACTION NO. 6:17-cv-00255 |
| VERSUS | JUDGE DOHERTY |
| GERALD FRANCOIS, ET AL. | MAGISTRATE JUDGE HANNA |

## REPORT AND RECOMMENDATION

Currently pending is the motion to dismiss for lack of service pursuant to Fed. R. Civ. P. 4(m), which was filed by defendant, the State of Louisiana. (Rec. Doc. 6). The motion was referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636 and the standing orders of this Court. Rather than responding directly to the motion, the plaintiff filed an unopposed motion for voluntary dismissal of his claims against the State. (Rec. Doc. 12). Accordingly,

IT IS RECOMMENDED that the plaintiff's motion for voluntary dismissal of this defendant (Rec. Doc. 12) be GRANTED; and

IT IS FURTHER RECOMMENDED that the State's motion to dismiss (Rec. Doc. 6) be DENIED AS MOOT.

Signed at Lafayette, Louisiana, on June 23, 2017.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE