RECEIVED

JUN 2 9 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRENCE BERGERON | * | CIVIL ACTION |
| | * | NUMBER: 6:17-CV-00255 |
| VERSUS | * | JUDGE: R. F. DOHERTY |
| GERALD FRANCOIS, CITY OF PATTERSON, STATE OF LOUISIANA THROUGH CITY OF PATTERSON AND PATRICK LASALLE | * | MAGISTRATE: P. J. HANNA |

Filed _____  Deputy Clerk _____

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

The above and foregoing considered:

**IT IS HEREBY ORDERED** that the Partial Motion for Partial Dismissal Without Prejudice be and same is hereby granted, and that the State of Louisiana be dismissed, without prejudice with each party to bear its own costs, reserving all rights or claims plaintiffs may have against any parties named or unnamed including Gary Francois (erroneously identified in the complaint as Gerald Francis), City of Patterson, and Patrick Lasalle.

Thus done and signed in chambers at ~~Baton Rouge~~ Lafayette this 29 day of June, 2017.

_____
United States District Judge

1