RECEIVED

JUL 1 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TERRENCE BERGERON | CIVIL ACTION NO. 6:17-cv-00255 |
| VERSUS | JUDGE DOHERTY |
| GERALD FRANCOIS, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion for voluntary dismissal of its claims against the State of Louisiana (Rec. Doc. 12) is GRANTED, and the State of Louisiana's motion to dismiss (Rec. Doc. 6) is DENIED AS MOOT, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 13 day of July, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE