UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **TERRENCE BERGERON** | **CIVIL ACTION NO. 6:17-cv-00255** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **GERALD FRANCOIS, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for sanctions pursuant to Fed. r. Civ. P. 37(d), which was filed by the defendants, Gary Francois (incorrectly identified as Gerald Francois), City of Patterson, and Patterson Police Chief Patrick LaSalle [Doc. No. 26] is GRANTED and this case is DISMISSED WITHOUT PREJUDICE, consistent with the report and recommendation.

**Monroe, Louisiana, this 10th day of April, 2018.**

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE